Ned Bardwell et al. *v.* The Pennsylvania Fire Insurance
Company.

November Term, 1932.

Present: Powers, C. J., Slack, Moulton, Thompson, and Graham, JJ.

Opinion filed January 4, 1933.

*Shields & Conant* and *Thorp & Branch* (of Manchester,
N. H.) for the defendant.

*Searles & Graves, Leon D. Ripley* (of Colebrook, N. H.), and
*Clarence A. Warren* (of Boston, Mass.) for the plaintiffs.

Graham, J.   This is an action of contract on a fire insurance
policy, which below was consolidated with the case of *Ned Bard-
well et al.* v. *Commercial Union Assurance Co., Ltd., ante* page
106, 163 Atl. 633.   It was tried below and heard here with that
case, and involves the same questions.   For the reasons specified
in our opinion in that case, judgment in this case is affirmed,
and petition for new trial is dismissed with costs.